UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERREKA JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CV1587 TIA |
| ) | |
| JACLYN C. ECKERT, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Terreka Jones' Motion to Remand (Docket No. 12) and Stipulation (Docket No. 13). In response, Defendant Jaclyn C. Eckert filed a Consent (Docket No. 14). All matters are pending before the undersigned United States Magistrate Judge, with consent of the parties, pursuant to 28 U.S.C. § 636(c).

Defendant removed this case based on diversity jurisdiction pursuant to 28 U.S.C. § 1332. Under that statute, complete diversity of citizenship between plaintiff and defendant must exist, and the amount in controversy must exceed $75,000, exclusive of interest and costs. In the Stipulation, Plaintiff stipulates that her claim set forth in her Petition against Defendant does not exceed $75,000.

As the party invoking jurisdiction, Defendant has the burden of establishing that all prerequisites to jurisdiction have been satisfied. Hatridge v. Aetna Cas. & Sur. Co., 415 F.2d 809, 814 (8th Cir. 1969). In response, Defendant filed a Consent setting forth her consent to Plaintiff's Motion to Remand in light of the stipulation of Plaintiff's counsel regarding amounts in controversy. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Terreka Jones' Motion to Remand (Docket No.

12) is **GRANTED**, and this case is remanded to the Circuit Court of the City of St. Louis, State of Missouri. An appropriate Order of Remand will accompany this Order.

Dated this 14th day of October, 2010.

                                                /s/ Terry I. Adelman  
                                    UNITED STATES MAGISTRATE JUDGE